# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:24-cv-00595-FWS-DFM                    Date February 11, 2025

Title: Maria Rodriguez-Llerenas et al v. Wells Fargo Bank, N.A.

Present: The Honorable FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rolls Royce Paschal | N/A |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                        Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated _06/20/2024_____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____rrp_____